JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ANCHOR PLUMBING, HEATING & HVAC, INC., a California corporation also known as AnChor Plumbing, Heating & HVAC, Inc.,<br><br>　　　　　　　　Defendants. | CASE NO.: 2:22-cv-02934 RGK-JC<br><br>[PROPOSED] FINAL JUDGMENT BY DEFAULT AGAINST ANCHOR PLUMBING, HEATING & HVAC, INC. [54]<br><br>[Hon.  R. Gary Klausner] |

　　　The Court having considered Plaintiff's Motion for Default Judgment against Defendant, ANCHOR PLUMBING, HEATING & HVAC, INC., a California corporation also known as AnChor Plumbing, Heating & HVAC, Inc. ("EMPLOYER"), and good cause appearing therefor:

　　　The Court finds that EMPLOYER was served with process and having failed to appear and answer the Plaintiff's First Amended Complaint and default was entered against it [docket no. 28].  EMPLOYER, is not an infant or incompetent person, and

-1-

488400.2

the Servicemembers Civil Relief Act of 2003 is not applicable to this suit or to the corporate EMPLOYER.

The issue of the amount of damages and whether or not there was sufficient evidence to support the entry of Default Judgment against EMPLOYER was submitted to the Court by motion supported by Declarations.

Based upon the Motion for Default Judgment the Declarations submitted and all other records and documents on file;

**IT IS HEREBY ORDERED ADJUDGED AND DECREED that:**

Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California,  Fund For Construction Industry Advancement,  Center For Contract Compliance, Laborers Contract Administration Trust Fund For Southern California,  Laborers' Trusts Administrative Trust Fund For Southern California and Southern California Partnership For Jobs Trust Fund  (hereinafter collectively "TRUST FUNDS"), and against Defendant, ANCHOR PLUMBING, HEATING & HVAC, INC., a California corporation also known as AnChor Plumbing, Heating & HVAC, Inc. for the Principal sum of $18,765.27 (consisting of $6,732.05 in unpaid monthly contributions, $2,288.58 in interest, $8,864.64 in liquidated damages and $880.00 in audit fees);  Attorney's fees of $1,725.92; and court costs in the sum of $476.90 for a total sum of $20,968.09 covering the period from  August 1, 2019 to October 30, 2022.

Dated:  5/4/2023

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE